**PER CURIAM.** Judgment of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event; on the ground that the County Court erred in dismissing the complaint on the ground that it did not state facts sufficient to constitute a cause of action.

---

In re HANSEN. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Dethlef C. Hansen. No opinion. Reference ordered. Settle order on notice.

---

HANSEN, Appellant, v. WARREN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by James Hansen against Ira D. Warren and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

HARRIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Carrow Harris against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

HARRIS, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Benjamin Harris against Fannie J. Scott. No opinion. Judgment and order affirmed, with costs.

---

HARRIS, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Action by Benjamin Harris against Fannie J. Scott. No opinion. Motion for leave to appeal to the Court of Appeals granted.

---

HART, Respondent, v. CITY OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Hazel Hart, by guardian, etc., against the city of Fulton. No opinion. Judgment and order affirmed, with costs.

---

HARTLEY, Respondent, v. PIONEER IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by James Hartley against the Pioneer Iron Works. No opinion. Judgment and order denying motion for a new trial and order granting extra allowance affirmed, with costs, on the authority of Hartley v. Pioneer Iron Works, 181 N. Y. 73, 73 N. E. 576.

---

HARTMANN v. SCHNUGG et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by George V. Hartmann against Francis J. Schnugg and others. No opinion. Motion denied, with $10 costs. Order filed.

---

HAWORTH, Respondent, v. ENGINEER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Lloyd B. Haworth against the Engineer Company, impleaded. A. R. McMahon, for appellant. J. F. Donnelly, for respondent.

---

**PER CURIAM.** Order affirmed, with $10 costs and disbursements. Order filed.

PATTERSON and INGRAHAM, JJ., dissent.

---

HAYDEL, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Abner J. Haydel against Howard Gould. No opinion. Judgment and order unanimously affirmed, with costs.

---

HAYDEL, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Abner J. Haydel against Howard Gould. No opinion. Motion for leave to appeal to the Court of Appeals denied.

---

HAYES, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by John Hayes against the city of New York and Francis J. Lantry. No opinion. Judgment unanimously affirmed, with costs.

---

HEIDRICH, Appellant, v. ROCHESTER & S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Emma F. Heidrich against the Rochester & Suburban Railway Company.

**PER CURIAM.** Order modified, by requiring, as a condition of granting the defendant's motion for a new trial, the payment by it of the trial fee and disbursements of the former trial; and, as so modified, affirmed, without costs of this appeal to either party.

KRUSE, J., dissents, and votes for reversal.

---

HELMER, Respondent, v. REED et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Isaac N. Helmer against George T. Reed and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

HELMKE, Appellant, v. CITY OF NEW YORK, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by August Helmke against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

HEMSTREET v. DECAUVILLE AUTOMOBILE CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by William F. Hemstreet against the Decauville Automobile Company. No opinion. Motion denied, on conditions stated in order. Order filed.

---

HENDERSON, Appellant, v. GRIFFIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the judicial settlement of the account of Hanford M. Henderson, as executor, etc., of Mary E. Bulkley, deceased, etc., and